# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

### STATUS AND SCHEDULING CONFERENCE DOCKET

### FOR

### WEDNESDAY, APRIL 6, 2022

### BEFORE

### HON. CHARLES B. GOODWIN

---

NOTICE TO COUNSEL:

Compliance with Federal Rules of Civil Procedure 16, 26(a)(1), and 26(f) and Local Civil Rule 16.1 (W.D. Okla.) will be strictly enforced. The parties shall file their Joint Status Report and Discovery Plan by **Wednesday, March 30, 2022**.

Lead trial counsel shall participate in the status and scheduling conference. Failure of lead counsel to appear will prevent counsel from participating at trial.

The status and scheduling conference will be held telephonically. No later than Friday, April 1, 2022, at 12:00 p.m., the attorneys or parties who will participate in the status conference must advise Judge Goodwin's Courtroom Deputy of the telephone number at which they are to be contacted. Judge Goodwin's Courtroom Deputy may be contacted by email at jacob_buckle@okwd.uscourts.gov.

The parties are advised that in appropriate cases, the Court may determine that a conference is unnecessary and may strike the conference and enter a scheduling order based on the information provided in the parties' Joint Status Report and Discovery Plan.

**WEDNESDAY, APRIL 6, 2022**

**10:00 a.m.**
CIV-21-1061-G		Marla Edwards			Ge'Andra D. Johnson

			v.

			Integris Health Edmond, Inc.	Victor F. Albert


**10:20 a.m.**
CIV-22-89-G		John Doe No. 1			Cameron M. Spradling

			v.

			Kingfisher Independent School		Brian J. Kuester
			District No. 7 of Kingfisher County,	Emily C. Krukowski
			Oklahoma, a/k/a Kingfisher School	John E. Priddy
			District, a/k/a Kingfisher Public
			Schools, et al.

			-and-

			Micah Nall				Brian J. Kuester
								Emily C. Krukowski
								John E. Priddy
								Mark S. Rains

**10:40 a.m.**
CIV-22-128-G		Linda J. Conaway		Ben D. Baker
							A. Laurie Keller
			v.					Ashley H. Leavitt

			Safeco Insurance Company of	John W. Dowdell
			America				William W. O'Connor