## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOHN DOE NO. 1, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-22-089-G<br>) |
| (1) KINGFISHER INDEPENDENT SCHOOL DISTRICT NO. 7 OF KINGFISHER COUNTY, OKLAHOMA, a/k/a KINGFISHER SCHOOL DISTRICT, a/k/a KINGFISHER PUBLIC SCHOOLS; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| (2) JEFF MYERS, individually; | )<br>) |
| (3) MICAH NALL, individually; | )<br>) |
| (4) DEREK PATTERSON, individually; and; | )<br>)<br>) |
| (5) BLAKE EATON, individually, | )<br>) |
| Defendants. | ) |

### SCHOOL DISTRICT DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO MOTION UNDER SEAL

The Defendants, Independent School District No. 7 of Kingfisher County, Oklahoma, commonly known as the Kingfisher School District (the "School District"), Jeff Myers, in his individual capacity ("Myers"), Derek Patterson, in his individual capacity ("Patterson"), and Blake Eaton, in his individual capacity ("Eaton"), (collectively the "School District Defendants"), pursuant to and in accordance with *ECF Policies & Procedures Manual*, § III(A), hereby seek an order from this Court allowing them to file a Response to Plaintiff's Motion to Proceed Anonymously (Doc No. 18) under seal. The School District Defendants seek to file a Response, which contains privileged, sensitive,

1

or personal information. Thus, in order to keep this information confidential, the School District Defendants seek an order from this Court allowing them to file this Response under seal. A proposed order is submitted contemporaneously herewith.

WHEREFORE, premises considered, the School District Defendants request this Court grant this Motion, and enter an order allowing them to file their Response to Plaintiff's Motion to Proceed Anonymously under seal.

**Respectfully submitted,**

*s/ Emily C. Krukowski*
John E. Priddy, OBA No. 13604
Brian J. Kuester, OBA No 18753
Emily C. Krukowski, OBA No. 32038
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103
(918) 585-9211
(918) 583-5617 (facsimile)
johnp@rfrlaw.com
bkuester@rfrlaw.com
ekrukowski@rfrlaw.com

*Attorneys for the School District Defendants*

**CERTIFICATE OF DELIVERY**

☒ I hereby certify that on May 9th, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

Cameron Spradling
Attorney & Counselor at Law
500 North Walker Ave., Suite 100
Oklahoma City, Oklahoma 73102
cameron@cameronspradling.com

Mark S. Rains, OBA No. 10935
CHEEK LAW FIRM, PLLC
311 North Harvey Avenue
Oklahoma City, Oklahoma 73102
mrains@cheeklaw.com

☐ I hereby certify that on _____ ___, 2022, I served the attached document by United States Certified Mail, Return Receipt Requested on the following, who are not registered participants of the ECF System:

*s/Emily C. Krukowski*
**Emily C. Krukowski**