# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN DOE NO. 1, | § § § | |
| Plaintiff, | § | |
| v. | § | Case No. CIV-22-089-G |
| | § | |
| KINGFISHER INDEPENDENT SCHOOL DISTRICT NO. 7 OF KINGFISHER COUNTY, OKLAHOMA, a/k/a KINGFISHER SCHOOL DISTRICT, a/k/a KINGFISHER PUBLIC SCHOOLS, et al., | § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S EMERGENCY MOTION TO SEAL

Plaintiff, by and through his attorney of record, hereby submits this Emergency Motion to Seal. In support of this Motion, the Plaintiff states as follows:

1. This Court entered an Order that Plaintiff's Motion to Proceed Anonymously is to be filed under seal. (Dkt. 17).

2. Plaintiff filed his Motion to Proceed Anonymously under seal. (Dkt. 18).

3. Defendant School District and individual Defendants filed a Motion for Leave to File Response to Motion Under Seal; stating that its response contained "privileged, sensitive, and personal information". (Dkt. 21).

4. The Court entered an Order that "Defendants may file their Response to Plaintiff's Motion to Proceed Anonymously under seal in accordance with this Court's Local Civil Rules and *ECF Policies & Procedures Manual.* (Dkt. 23).

5. Defendant School District and individual Defendants filed their Response in Opposition to Plaintiff's sealed motion; **but failed to file it under seal.** (Dkt. 24). Defendant Nall adopted Defendant School District's Response in Opposition and **also failed to file it under seal**. (Dkt. 25).

6. Plaintiff's counsel has just received a telephone call from a member of the media seeking confirmation that John Doe No. 1 is a member of this particular family and other details that Defendant School District and these individual Defendants revealed within their response. (Dkt. 24).

7. Whether by design or by accident Defendants have now "outed" John Doe No. 1. A situation that because of this emergency cannot be effectively addressed until this emergency relief is granted.

WHEREFORE, premises considered, Plaintiff request the Court grant Plaintiff's Emergency Motion to File Under Seal (Dkt. 24 and Dkt. 25) and place those responses under seal in an attempt to lesson the damage that has now been caused.

Dated: May 10, 2022

Respectfully submitted,

*s/Cameron Spradling*
CAMERON SPRADLING, OBA No. 8509
500 North Walker Avenue, Suite 100
Oklahoma City, Oklahoma 73102
Phone: (405) 605-0610
Fax: (405) 605-0615
Email: cameron@cameronspradling.com
***Attorney for Plaintiff John Doe No. 1***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically and served via the Court's electronic filing system on all counsel who has consented to electronic service on this the 10th day of May 2022.

*s/Cameron Spradling*
CAMERON SPRADLING
