## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JOHN DOE NO. 1,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-089-G** |
| | ) | |
| **KINGFISHER INDEPENDENT** | ) | |
| **SCHOOL DISTRICT NO. 7 OF** | ) | |
| **KINGFISHER COUNTY,** | ) | |
| **OKLAHOMA,** | ) | |
| **a/k/a KINGFISHER SCHOOL** | ) | |
| **DISTRICT,** | ) | |
| **a/k/a KINGFISHER PUBLIC** | ) | |
| **SCHOOLS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now before the Court is Plaintiff John Doe No. 1's Emergency Motion to Seal (Doc. No. 26), seeking an order from this Court sealing Defendants Kingfisher Independent School District No 7, Blake Eaton, Jeff Myers, and Derek Patterson's and Defendant Micah Nall's Responses to Plaintiff's Motion to Proceed Anonymously (Doc. Nos. 24, 25).

For good cause shown, Plaintiff's Emergency Motion (Doc. No. 26) is GRANTED. Defendants' Responses (Doc. Nos. 24, 25) shall be sealed.

IT IS SO ORDERED this 10th day of May, 2022.

CHARLES B. GOODWIN
United States District Judge