UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOHN DOE NO. 1,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-089-G |
| ) | |
| **KINGFISHER INDEPENDENT** ) | |
| **SCHOOL DISTRICT NO. 7 OF** ) | |
| **KINGFISHER COUNTY,** ) | |
| **OKLAHOMA,** ) | |
| a/k/a **KINGFISHER SCHOOL** ) | |
| **DISTRICT,** ) | |
| a/k/a **KINGFISHER PUBLIC** ) | |
| **SCHOOLS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## THIRD AMENDED SCHEDULING ORDER

Now before the Court is a Motion to Extend Deadlines (Doc. No. 83), filed by Defendant Jeff Myers, and a Motion to Extend Deadlines (Doc. No. 84), filed by the School District Defendants and Defendant Micah Nall. The Motions seek to extend all remaining deadlines in this case by 90 days and represent that Plaintiff John Doe No. 1 opposes the requested relief.

Plaintiff is ORDERED to submit a response to Defendants' Motions within seven (7) days of the date of this Order. At this juncture, the Court finds that good cause exists for a 30-day extension of the remaining deadlines. Accordingly, the Motions (Doc. Nos. 83, 84) are GRANTED IN PART to impose a 30-day extension of the remaining deadlines set out in the Second Amended Scheduling Order. The Court will reserve its ruling on

Defendants' request for a 90-day extension pending receipt of Plaintiff's response. The parties' remaining deadlines are hereby amended as set forth below:

| EVENT | DEADLINE |
|---|---|
| *Expert Opinion Witness Lists and Materials*: Defendant shall serve and file all disclosures required by Fed. R. Civ. P. 26(a)(2), excepting those falling within Rule 26(a)(2)(D)(ii). Reports required under Rule 26(a)(2)(B) should not be filed. | Defendant: June 12, 2023 |
| *Witness and Exhibit Lists*: Defendant shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii). | Defendant: June 20, 2023 |
| *Objections to Exhibits*: Each party shall serve and file all objections to exhibits as permitted under Fed. R. Civ. P. 26(a)(3)(B). | Defendant: June 20, 2023<br><br>Plaintiff: 14 days after disclosure |
| Dispositive and *Daubert* motions to be filed. | July 3, 2023 |
| Discovery to conclude. | August 1, 2023 |
| *Designations of Deposition Testimony*: Each party shall serve and file the disclosures required by Fed. R. Civ. P. 26(a)(3)(A)(ii). | September 11, 2023 |
| *Objections to and Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to deposition testimony as permitted under Fed. R. Civ. P. 26(a)(3)(B), as well as designations of deposition testimony that will be offered solely to rebut deposition testimony that has been designated by another party. | September 18, 2023 |
| *Objections to Counter-Designations of Deposition Testimony*: Each party shall serve and file any objection to counter-designated deposition testimony as permitted under Fed. R. Civ. P. 26(a)(3)(B). | September 25, 2023 |
| *Submission to Court of Depositions to be Used at Trial*: The parties shall submit to the Court a transcript of any deposition listed for use at trial. The party that initially listed the deposition shall mark the transcript as follows: (a) initially-designated testimony shall be highlighted in yellow; (b) counter-designated testimony shall be highlighted in blue; and (c) testimony that is the subject of an objection shall be underlined, with the basis for the objection briefly noted in the margin. | October 2, 2023 |
| *Final Pretrial Report*: The parties shall file a proposed Final Pretrial Report approved by all counsel and in full compliance | September 11, 2023 |

| | |
|---|---|
| with all applicable Local Rules and Chambers Rules, along with a proposed order approving the Report. | |
| *Pretrial Submissions*: Each party may file trial briefs, non-*Daubert* motions in limine, proposed voir dire, and proposed jury instructions and verdict forms. Voir dire, jury instructions, and verdict forms shall additionally be submitted in Word format to goodwin-orders@okwd.uscourts.gov. | September 11, 2023 |
| *Objections to Pretrial Submissions*: Each party may file objections or responses to the pretrial submissions listed above. | September 18, 2023 |
| Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, prior to docket call. | |
| Trial Docket | October 10, 2023 |

IT IS SO ORDERED this 11th day of May, 2023.

_____
CHARLES B. GOODWIN
United States District Judge