# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MASON MECKLENBURG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) KINGFISHER INDEPENDENT )<br>    SCHOOL DISTRICT NO. 7 OF )<br>    KINGFISHER COUNTY, )<br>    OKLAHOMA, a/k/a KINGFISHER )<br>    SCHOOL DISTRICT, a/k/a )<br>    KINGFISHER PUBLIC SCHOOLS; )<br>)<br>(2) JEFF MYERS, individually; )<br>)<br>(3) MICAH NALL, individually; )<br>)<br>(4) DEREK PATTERSON, individually; )<br>    and; )<br>)<br>(5) BLAKE EATON, individually, )<br>)<br>Defendants. ) | Case No. CIV-22-089-G |

## DEFENDANTS KINGFISHER PUBLIC SCHOOLS, PATTERSON, AND EATON'S PRELIMINARY WITNESS AND EXHIBIT LIST

| No. | Name | Contact |
|---|---|---|
| 1. | Dr. Daniel Craig | ℅ Rosenstein, Fist & Ringold |
| 2. | Jay Wood | ℅ Rosenstein, Fist & Ringold |
| 3. | Dana Golbek | ℅ Rosenstein, Fist & Ringold |
| 4. | Terry Payne | ℅ Rosenstein, Fist & Ringold |
| 5. | James Perdue | ℅ Rosenstein, Fist & Ringold |
| 6. | Jason Sternberger | ℅ Rosenstein, Fist & Ringold |
| 7. | Don Scales | ℅ Rosenstein, Fist & Ringold |
| 8. | Craig Patterson | ℅ Rosenstein, Fist & Ringold |
| 9. | Todd Overstreet | ℅ Rosenstein, Fist & Ringold |
| 10. | Micah Nall | ℅ Mark Rains |
| 11. | Chris Wilfong | ℅ Rosenstein, Fist & Ringold |
| 12. | Charles Walker | ℅ Rosenstein, Fist & Ringold |

| | | |
|---|---|---|
| 13. | Carly Franks | ℅ Rosenstein, Fist & Ringold |
| 14. | Stuart Purinton | ℅ Rosenstein, Fist & Ringold |
| 15. | Jared Reese | ℅ Rosenstein, Fist & Ringold |
| 16. | Chris Roberts | Atlanta, GA |
| 17. | Wade Sunby | 405/503-6233 |
| 18. | Kerry Lafferty | ℅ Rosenstein, Fist & Ringold |
| 19. | Mark Snodgrass | Kingfisher, OK 405/590-7926 |
| 20. | Justin Stephenson | Kingfisher, OK 580/216-4272 |
| 21. | Cade Stephenson | Kingfisher, OK 580/216-6616 |
| 22. | Dustin Isom | 405/230-0502 |
| 23. | Rachel Cameron | Kingfisher, OK 405/368-5460 |
| 24. | Jarrett Birdwell | Kingfisher, OK 405/368-0902 |
| 25. | Bijan Cortez | Kingfisher, OK 405/538-8386 |
| 26. | Caleb Dick | Kingfisher, OK 405/231-1235 |
| 27. | Harrison Evans | Kingfisher, OK 214/477-2886 |
| 28. | Reese Lafferty | Kingfisher, OK 405/538-7089 |
| 29. | Troy Haub | Kingfisher, OK |
| 30. | Trey Green | Shawnee, OK |
| 31. | Cole Cameron | Pennsylvania 405/368-4071 |
| 32. | Angie Kennedy | Kingfisher, OK 405/368-0861 |
| 33. | Riley Myers | ℅ White & Weddle |
| 34. | Abbie Myers | ℅ White & Weddle |
| 35. | Berto Padilla | 405/699-2501 |
| 36. | Zoe Evans | Kingfisher, OK 214/557-1643 |
| 37. | Ally Stephenson | Kingfisher, OK 580/216-5634 |
| 38. | Keith Campbell | Balco, OK 405/368-0688 |
| 39. | Morgan Winters | Kingfisher, OK 405/368-4884 |
| 40. | Jett Sternberger | Kingfisher, OK |
| 41. | Jeff Myers | ℅ White & Weddle |
| 42. | Blake Eaton | ℅ Rosenstein, Fist & Ringold |
| 43. | Derek Patterson | ℅ Rosenstein, Fist & Ringold |
| 44. | Mason Mecklenburg | ℅ Plaintiff's counsel |
| 45. | Justin Mecklenburg | ℅ Plaintiff's counsel |
| 46. | Lyndy Mecklenburg | ℅ Plaintiff's counsel |
| 47. | Linda Mecklenburg | ℅ Plaintiff's counsel |
| 48. | Dr. Shawn Roberson | ℅ Rosenstein, Fist & Ringold |
| 49. | Lance Watson | ℅ Rosenstein, Fist & Ringold |
| 50. | Hunter Barton | 405/368-6162 |
| 51. | Jarrod Barton | 405/202-9629 |
| 52. | Kyle Borelli | Kingfisher, OK 405/368-4871 |
| 53. | Brandt Franks | 405/368-2626 |

| 54. | Cole Crosswhite | Kingfisher, OK |
|---|---|---|
| 55. | Cade Covalt | Kingfisher, OK 405/509-4091 |
| 56. | Cooper Covalt | Kingfisher, OK 405/761-8205 |
| 57. | Gonzalo Delatorre | 405/473-4090 |
| 58. | Kyle Fahlenkamp, Jr. | Kingfisher, OK 405/388-6535 |
| 59. | Stan Blundell | ℅ Rosenstein, Fist & Ringold |
| 60. | Cody Evans | 214/557-1643 |
| 61. | Danny Green | ℅ Rosenstein, Fist & Ringold |
| 62. | Tracy Stephenson | Kingfisher, OK 580/216-5634 |
| 63. | Kevin Velardez | Unknown |
| 64. | Steven Wilson | Cashion, OK 405/517-0949 |
| 65. | Colton York | Unknown; 405/699-2109 |

66. Parents and trainers 2005, through date of trial
67. All Coaches 2005 through present, if not otherwise listed.
68. All witnesses identified by all other parties to whom these Defendants do not object.
69. Discovery is ongoing and these Defendants reserve the right to supplement this list.

| No. | Exhibit |
|---|---|
| 1. | GCN Interactive Training (Kingfisher SD 1477-1567) |
| 2. | Kingfisher Board of Education policies |
| 3. | Kingfisher High School Handbook (Kingfisher SD 19-240) |
| 4. | Kingfisher Pub. Sch. Teachers Association Agreement (Kingfisher SD 241-262) |
| 5. | Reports of wrongdoing within Kingfisher football program (Kingfisher SD 263-305) |
| 6. | Jeff Myers employment file (Kingfisher SD 306-437) |
| 7. | Micah Nall employment file (Kingfisher SD 438-516) |
| 8. | Kingfisher Pub. Sch. investigation into allegations against Nall (Kingfisher SD 277-305) |
| 9. | Derek Patterson employment file (Kingfisher SD 517-584) |
| 10. | Blake Eaton employment file (Kingfisher SD 585-602) |
| 11. | Safe School Helpline documents (Kingfisher SD 603-604) |
| 12. | Mason Mecklenburg's school file (Kingfisher SD 605-642) |
| 13. | Mason Mecklenburg medical records (Kingfisher SD 643-775; Mcbride Ortho 1-45) |
| 14. | Organizational chart of Kingfisher Pub. Sch. (Kingfisher SD 1) |
| 15. | Organization charge of Kingfisher athletic department (Kingfisher SD 2) |
| 16. | Kingfisher Pub. Sch. Board minutes (Kingfisher SD 776-941) |
| 17. | Kingfisher BOE polices on sexual harassment, discrimination, hazing, and bullying (Kingfisher SD 5-17) |

| 18. | Mason Mecklenburg's college records (OSU 1-41) |
|-----|--------------------------------------------------|
| 19. | District training materials on bullying/harassment (Kingfisher SD 942-1285) |
| 20. | Records of training (Kingfisher SD 1286-1476) |
| 21. | Investigation of complaint (Kingfisher SD 390-414) |
| 22. | Investigation of claim (Kingfisher SD 380-381) |
| 23. | Investigation of claim (Kingfisher SD 431-435) |
| 24. | Investigation of Plaintiff's claim. (Board Members 42-111) |
| 25. | Law enforcement records/reports related to Plaintiff |
| 26. | Law enforcement interviews/recordings |
| 27. | Justin Mecklenburg notes from meeting with Myers (JDOEKF37-41) |
| 28. | Report from Lance Watson (produced) |

28. All exhibits identified by all other parties to which these Defendants do not object.
29. Discovery is ongoing and these Defendants reserve the right to supplement this list.

Respectfully submitted,

*s/Eric D. Janzen*
John E. Priddy, OBA No. 13604
Eric D. Janzen, OBA No. 13826
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK  74103-4500
(918) 585-9211
(918) 583-5617 (Facsimile)

ATTORNEYS FOR DEFENDANT,
KINGFISHER PUBLIC SCHOOLS,
BLAKE EATON, AND DEREK PATTERSON

## CERTIFICATE OF SERVICE

☒  I hereby certify that on June 20, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

Cameron Spradling, Esq.
Attorney & Counselor at Law
500 North Walker Ave., Suite 100
Oklahoma City, Oklahoma 73102
cameron@cameronspradling.com

Bradley E. Beckworth, Esq.
Nathan B. Hall, Esq.
Ross Leonoudakis, Esq.
NIX PATTERSON, LLP
8701 Bee Cave Road
Building 1, Suit 500
Austin, Texas 78746
bbeckworth@nixlaw.com
nhall@nixlaw.com

Mark S. Rains, Esq.
ROSENSTEIN, FIST & RINGOLD
525 S. Main Street, Suite 700
Tulsa, Oklahoma 74103
mrains@rfrlaw.com

☐  I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

_s/Eric D. Janzen_____
**ERIC D. JANZEN**