IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MASON MECKLENBURG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> (1) KINGFISHER INDEPENDENT ) <br>   SCHOOL DISTRICT NO. 7 OF ) <br>   KINGFISHER COUNTY, ) <br>   OKLAHOMA, a/k/a KINGFISHER ) <br>   SCHOOL DISTRICT, a/k/a ) <br>   KINGFISHER PUBLIC SCHOOLS; ) <br> ) <br> (2) JEFF MYERS, individually; ) <br> ) <br> (3) MICAH NALL, individually; ) <br> ) <br> (4) DEREK PATTERSON, individually; ) <br>   and; ) <br> ) <br> (5) BLAKE EATON, individually, ) <br> ) <br> Defendants. ) | Case No. CIV-22-089-G |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS KINGFISHER PUBLIC SCHOOLS, PATTERSON, AND EATON'S PRELIMINARY WITNESS AND EXHIBIT LIST AND DEFENDANTS KINGFISHER SCHOOL DISTRICT, BLAKE EATON, DEREK PATTERSON, MICAH NALL AND JEFF MYERS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Counsel for Defendants School District a/k/a/ Kingfisher Public Schools, Derek Patterson, and Blake Eaton, and Micah Nall and counsel for Defendant Jeff Myers respectfully request permission to file under seal an unredacted copy of *Defendants Kingfisher Public Schools, Patterson and Eaton's Preliminary Witness and Exhibit List* and *Defendants Kingfisher School District, Blake Eaton, Derek Patterson, Micah Nall,*

*and Jeff Myers' Objections to Plaintiff's Exhibits,* In support of their request, Defendants state as follows:

1. This Motion complies with ECF Policies and Procedures Manual, § III(A), and the Agreed Protective Order governing this case (Dkt. No. 36).

2. By necessity, *Defendants Kingfisher Public Schools, Patterson and Eaton's Preliminary Witness and Exhibit List* and *Defendants Kingfisher School District, Blake Eaton, Derek Patterson, Micah Nall, and Jeff Myers' Objections to Plaintiff's Exhibits* will contain privileged and potentially sensitive information. In order to keep this information confidential, counsel for Defendants listed herein seek an Order from the Court allowing them to file an unredacted copy of *Defendants Kingfisher Public Schools, Patterson and Eaton's Preliminary Witness and Exhibit List* and *Defendants Kingfisher School District, Blake Eaton, Derek Patterson, Micah Nall, and Jeff Myers' Objections to Plaintiff's Exhibits* under seal. A proposed Order is submitted contemporaneously herewith.

Counsel for Defendants listed request the Court grant this *Joint Motion for Leave to File Under Seal Defendants Kingfisher Public Schools, Patterson, and Eaton's Preliminary Witness and Exhibit List* and *Defendants Kingfisher School District, Blake Eaton, Derek Patterson, Micah Nall and Jeff Myers' Objections to Plaintiff's Exhibits.*

Respectfully submitted,

*s/ Eric D. Janzen*
John E. Priddy, OBA No. 13604
Eric D. Janzen, OBA No. 13826

ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK 74103-4500
(918) 585-9211
(918) 583-5617 (Facsimile)

ATTORNEYS FOR DEFENDANT,
KINGFISHER PUBLIC SCHOOLS,
BLAKE EATON, AND DEREK PATTERSON


*s/ Mark S. Rains*
Mark S. Rains, OBA No. 10935 (signed by
filing party with permission of attorney)
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK 74103-4500
(918) 585-9211
(918) 583-5617 (Facsimile)

ATTORNEY FOR DEFENDANT, MICAH
NALL


*s/ Matthew P. Cyran*
Matthew P. Cyran, OBA No. 16918 (signed by
filing party with permission of attorney)
Joe E. White, Jr., OBA No. 12930
Kate C. White, OBA No. 30930
WHITE & WEDDLE, P.C.
630 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 858-8899
(405) 858-8844 (Facsimile)

ATTORNEYS FOR DEFENDANT, JEFF
MYERS

## CERTIFICATE OF SERVICE

☒  I hereby certify that on June 20, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

>Cameron Spradling, Esq.
>Attorney & Counselor at Law
>500 North Walker Ave., Suite 100
>Oklahoma City, Oklahoma 73102
>cameron@cameronspradling.com
>
>Bradley E. Beckworth, Esq.
>Nathan B. Hall, Esq.
>Ross Leonoudakis, Esq.
>NIX PATTERSON, LLP
>8701 Bee Cave Road
>Building 1, Suit 500
>Austin, Texas 78746
>bbeckworth@nixlaw.com
>nhall@nixlaw.com
>
>Mark S. Rains, Esq.
>ROSENSTEIN, FIST & RINGOLD
>525 S. Main Street, Suite 700
>Tulsa, Oklahoma 74103
>mrains@rfrlaw.com
>
>Joe E. White, Jr., OBA No. 12930
>Kate C. White, OBA No. 30930
>Matthew P. Cyran, OBA No. 16918
>WHITE & WEDDLE, P.C.
>630 N.E. 63rd Street
>Oklahoma City, OK 73105
>(405) 858-8899
>(405) 858-8844 (Facsimile)
>joe@whiteandweddle.com
>kate@whiteandweddle.com
>matt@whiteandweddle.com

☐   I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

                                              *s/Eric D. Janzen*
                                              **ERIC D. JANZEN**