# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MASON MECKLENBURG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-089-G |
| | ) |
| **KINGFISHER INDEPENDENT SCHOOL DISTRICT NO. 7 OF KINGFISHER COUNTY, OKLAHOMA,** a/k/a **KINGFISHER SCHOOL DISTRICT,** a/k/a **KINGFISHER PUBLIC SCHOOLS et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is Defendants' Joint Motion for Leave (Doc. No. 123), seeking leave to file an unredacted copy of Defendants Kingfisher Public Schools, Derek Patterson, and Blake Eaton's Preliminary Witness and Exhibit List and Defendants Kingfisher School District, Blake Eaton, Derek Patterson, Micah Nall, and Jeff Myers' Objections to Plaintiff's Exhibits under seal.

For good cause shown, Defendants' Joint Motion (Doc. No. 123) is GRANTED. Defendants may file the referenced documents under seal in accordance with this Court's Local Civil Rules and *ECF Policies & Procedures Manual*.

IT IS SO ORDERED this 21st day of June, 2023.

CHARLES B. GOODWIN
United States District Judge