## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MASON MECKLENBURG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-22-089-G** |
| | ) |
| **KINGFISHER INDEPENDENT** | ) |
| **SCHOOL DISTRICT NO. 7 OF** | ) |
| **KINGFISHER COUNTY,** | ) |
| **OKLAHOMA,** | ) |
| **a/k/a KINGFISHER SCHOOL** | ) |
| **DISTRICT,** | ) |
| **a/k/a KINGFISHER PUBLIC** | ) |
| **SCHOOLS et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Now before the Court is a Motion to Quash Subpoena (Doc. No. 154), filed by Independent School District No. 7 of Kingfisher County, Oklahoma, a/k/a Kingfisher School District, Derek Patterson, and Blake Eaton (collectively, the "School District Defendants"). The School District Defendants seek to quash the subpoena duces tecum sent by Plaintiff Mason Mecklenburg to non-party Oklahoma State Bureau of Investigation pursuant to Federal Rules of Civil Procedure 26 and 45. *See* Defs.' Mot. (Doc. No. 154) at 2.

Local Civil Rule 37.1 prescribes: "With respect to all motions or objections relating to discovery pursuant to Fed. R. Civ. P. 26 through 37 and 45, this court shall refuse to hear any such motion or objection unless counsel for movant first advises the court in writing that counsel personally have met and conferred in good faith and, after a sincere

attempt to resolve differences, have been unable to reach an accord." LCvR 37.1.  The School District Defendants' Motion fails to include any such certification or indicate otherwise that the parties' counsel have attempted to reach resolution of this dispute without court intervention.  Accordingly, the Motion is denied for failure to comply with this Court's Local Rules.

CONCLUSION

As explained above, the School District Defendants' Motion to Quash Subpoena (Doc. No. 154) is DENIED

IT IS SO ORDERED this 27th day of July, 2023.

CHARLES B. GOODWIN
United States District Judge