## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MASON MECKLENBURG,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-22-089-G** |
| | ) |
| **KINGFISHER INDEPENDENT** | ) |
| **SCHOOL DISTRICT NO. 7 OF** | ) |
| **KINGFISHER COUNTY,** | ) |
| **OKLAHOMA,** | ) |
| **a/k/a KINGFISHER SCHOOL** | ) |
| **DISTRICT,** | ) |
| **a/k/a KINGFISHER PUBLIC** | ) |
| **SCHOOLS et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Now before the Court is an Amended Motion to Quash (Doc. No. 157), filed by Independent School District No. 7 of Kingfisher County, Oklahoma, a/k/a Kingfisher School District, Derek Patterson, and Blake Eaton.  Plaintiff Mason Mecklenburg shall file his response no later than Monday, August 7, 2023, at 12:00 p.m.

IT IS SO ORDERED this 31st day of July, 2023.

CHARLES B. GOODWIN
United States District Judge