# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MASON MECKLENBURG,** )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>**KINGFISHER INDEPENDENT** )<br>**SCHOOL DISTRICT NO. 7 OF** )<br>**KINGFISHER COUNTY,** )<br>**OKLAHOMA,** )<br>a/k/a **KINGFISHER SCHOOL** )<br>**DISTRICT,** )<br>a/k/a **KINGFISHER PUBLIC** )<br>**SCHOOLS et al.,** )<br> )<br>   Defendants. ) | Case No. CIV-22-089-G |

## ORDER

Now before the Court is a Motion for Leave (Doc. No. 179), filed by Defendant Micah Nall. The Motion seeks leave to file under seal an unredacted copy of Defendant's Supplemental Witness and Exhibit Lists and an unredacted copy of Defendant's Objections to Plaintiff's List of Exhibits.

For good cause shown, Defendant's Motion (Doc. No. 179) is GRANTED. Defendant shall file the referenced documents under seal in accordance with this Court's Local Civil Rules and *ECF Policies & Procedures Manual*.

IT IS SO ORDERED this 21st day of August, 2023.

_____
CHARLES B. GOODWIN
United States District Judge