UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MASON MECKLENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-089-G |
| ) | |
| KINGFISHER INDEPENDENT ) | |
| SCHOOL DISTRICT NO. 7 OF ) | |
| KINGFISHER COUNTY, ) | |
| OKLAHOMA, ) | |
| a/k/a KINGFISHER SCHOOL ) | |
| DISTRICT, ) | |
| a/k/a KINGFISHER PUBLIC ) | |
| SCHOOLS et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is Plaintiff Mason Mecklenburg's Motion to Reconsider (Doc. No. 195), requesting that the Court reconsider its Order Granting Defendants' Motion for Leave (Doc. No. 193). In the Order at issue, the Court granted leave to file Exhibits 1-10 of the School District Defendants' Motion for Summary Judgment under seal because Defendants represented that those exhibits contain information derived from records deemed confidential under the Agreed Protective Order (Doc. No. 36). *See* Order of August 29, 2023 (Doc. No. 193) at 1. Plaintiff argues that the "exhibits cited in Defendants' motion are not, themselves, Confidential Records under the Protective Order. . . ." Pl.'s Mot. (Doc. No. 195) at 3. In his Motion to Reconsider, Plaintiff fails to show that the referenced deposition testimony does not warrant treatment as confidential under the Agreed Protective Order, however.

Plaintiff's Motion (Doc. No. 195) is therefore DENIED. This ruling is without prejudice to Plaintiff moving to unseal a particular exhibit or portion thereof after a specific filing is made.

IT IS SO ORDERED this 29th day of August, 2023.

_____
CHARLES B. GOODWIN
United States District Judge