# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MASON MECKLENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-089-G |
| ) | |
| KINGFISHER INDEPENDENT ) | |
| SCHOOL DISTRICT NO. 7 OF ) | |
| KINGFISHER COUNTY, ) | |
| OKLAHOMA, ) | |
| a/k/a KINGFISHER SCHOOL ) | |
| DISTRICT, ) | |
| a/k/a KINGFISHER PUBLIC ) | |
| SCHOOLS et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is a Motion to Quash Plaintiff's Subpoena to Produce Documents and for Entry of Protective Order (Doc. No. 284), filed by Non-Party Cade Stephenson.

Plaintiff Mason Mecklenburg shall file his response no later than Friday, October 13, 2023, at 12:00 p.m.

IT IS SO ORDERED this 10th day of October, 2023.

CHARLES B. GOODWIN
United States District Judge